UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EUFEMIO MENDEZ, on behalf of himself
and on behalf of all others similarly
situated,

    Plaintiff,

v().                                        Case No. 6:15-cv-01422-PGB-KRS

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD, d/b/a UNIVERSAL
STUDIOS,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, EUFEMIO MENDEZ, and Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD, d/b/a UNIVERSAL STUDIOS, by and through their respective undersigned counsel, hereby voluntarily dismiss this action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear his or its own fees and costs.

Dated this 9th day of September, 2015.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Brandon J. Hill* | */s/ William E. Grob* |
| LUIS A. CABASSA | WILLIAM E. GROB |
| Florida Bar Number 0053643 | Florida Bar Number 0463124 |
| E-mail: lcabassa@wfclaw.com | E-mail: william.grob@ogletreedeakins.com |
| BRANDON J. HILL | JENNIFER MONROSE MOORE |
| Florida Bar Number 37061 | Florida Bar Number 035602 |
| E-mail: bhill@wfclaw.com | E-mail: jennifer.moore@ogletreedeakins.com |
| | |
| WENZEL FENTON CABASSA, P.A. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 1110 North Florida Avenue, Suite 300 | |
| Tampa, Florida 33602 | 100 North Tampa Street, Suite 3600 |
| Telephone: 813.224.0431 | Tampa, Florida 33602 |

Facsimile: 813.229.8712

ATTORNEYS FOR PLAINTIFF
EUFEMIO MENDEZ

Telephone: 813.289.1247
Facsimile: 813.289.6530

ATTORNEYS FOR DEFENDANT
UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD, d/b/a UNIVERSAL
STUDIOS

22323759.1